# IN THE UNITED STATES DISTRCT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRIS, PRAVLIK & MILLIAN, LLP, et al. | * |
|    Plaintiffs | * |
|  v. | * |
| |    Civil Action No. |
| THE HANOVER INSURANCE GROUP, INC., et al. | * |
| | * |
|    Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## HANOVER'S NOTICE OF REMOVAL

NOW comes Hanover Insurance Group, Inc. et al. ("Hanover") by and through undersigned counsel, and files this Notice of Removal from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and in support thereof states as follows:

1. Plaintiff filed the present breach of contract action against Defendant Hanover on or about August 30, 2017 in the Superior Court of the District of Columbia, Case Number, 2017-CA-006028B.

2. Upon information and belief, Hanover was served on September 12, 2017.

3. Upon information and belief, Plaintiff Terris, Pravlik, & Millian, LLP is a law firm located at 1816 12th Street, NW, Suite 303, Washington, DC 20009.

4, Upon information and belief, Plaintiff Bruce J. Terris, was doing business as 1121 Properties at 1121 12th Street, NW, Washington, DC 20005.

5. Defendant Hanover is a corporation organized under the laws of the state of Massachusetts.

6. This Court has jurisdiction pursuant to 28 U.S.C. §1332.  There is true diversity of citizenship among the real parties in interest, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. One copy of the complaint is attached as an Exhibit to this Notice of Removal, along with all other pleadings that Defendant has received to date as required by 28 U.S.C. § 1446(a). *Exhibit 1, Complaint*

8. Defendant Hanover petitions for removal of this action to this Court pursuant to 28 U.S.C. §1441, *et seq*., as amended, and requests a waiver of any bond requirements.

> _/S/_
> JEFFREY A. WOTHERS, ESQUIRE,
> (D.C. Bar No. 436137)
> jawothers@nilesbarton.com
> Niles, Barton & Wilmer, LLP
> 111 S. Calvert Street, Suite 1400
> Baltimore, Maryland 21202
> (410) 783-6300 – Phone
> (410) 783-6363 – Fax
> *Counsel for Defendants, The Hanover Insurance Group, Inc, The Hanover Insurance Company, The Hanover American Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2017, a copy of the foregoing notice of removal  was sent via first class mail, postage pre-paid to:

> Kathleen L. Millian
> Todd A. Gluckman
> TERRIS, PRAVLIK & MILLIAN, LLP
> 1816 12th Street, N.W., Suite 303
> Washington, DC  20009-4422
> tgluckman@tpmlaw.com
> *Counsel for Plaintiffs*

> */s/ Jeffrey A. Wothers*
> Jeffrey A. Wothers