UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRIS, PRAVLIK & MILLIAN, LLP, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 17-1935 (RDM) |
| THE HANOVER INSURANCE GROUP, INC., *et al.* | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**PLAINTIFFS' NOTICE OF STIPULATION OF DISMISSAL**

This case has been amicably resolved. Attached hereto is a Stipulation of Dismissal, executed in counterparts.

                              Respectfully submitted,

                              /s/ *Todd A. Gluckman*
                              TODD A. GLUCKMAN (D.C. Bar No. 1004129)
                              TERRIS, PRAVLIK & MILLIAN, LLP
                              1816 12th Street, NW, Suite 303
                              Washington, DC 20009-4422
                              tgluckman@tpmlaw.com
                              (202) 204-8482

May 8, 2018                   *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRIS, PRAVLIK & MILLIAN, LLP, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HANOVER INSURANCE GROUP, )<br>INC., *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 17-1935 (RDM) |

## STIPULATION OF DISMISSAL

This case has been amicably resolved. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this case with prejudice.

Date: April 6, 2018

_____
TODD A. GLUCKMAN
For Plaintiff Terris, Pravlik & Millian, LLP

Date: April 12 2018

_____
SALLY GILLESPIE, the Personal Representative of the Estate of Bruce J. Terris (referred to in the complaint as Plaintiff 1121 Properties)

Date: _____

_____
For Defendants The Hanover Insurance Group, The Hanover Insurance Company, and The Hanover American Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| TERRIS, PRAVLIK & MILLIAN, LLP, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE HANOVER INSURANCE GROUP, )<br>INC., *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 17-1935 (RDM) |

## STIPULATION OF DISMISSAL

This case has been amicably resolved. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this case with prejudice.

Date: _____

TODD A. GLUCKMAN
For Plaintiff Terris, Pravlik & Millian, LLP

Date: _____

SALLY GILLESPIE, the Personal Representative of the Estate of Bruce J. Terris (referred to in the complaint as Plaintiff 1121 Properties)

Date: 5/7/18

For Defendants The Hanover Insurance Group, The Hanover Insurance Company, and The Hanover American Insurance Company